No. 89–7051. LEE *v.* FLANNIGAN, ADMINISTRATOR, MENARD PSYCHIATRIC CENTER, ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–7069. ETLIN *v.* ETLIN; and IN RE ETLIN. Ct. App. Va. Certiorari denied.

No. 89–7104. NUNN ET AL. *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–7182. MYERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–7306. WINSTON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 89–7364. HAUGES *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 89–7394. LEPISCOPO *v.* ESQUIBEL ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–7395. JOHNSON *v.* LEAPLEY ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–7410. TURNER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–7416. ACCOLLA *v.* SULLIVAN, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–7417. WATKINS *v.* MURRAY ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–7418. CURTIS *v.* AMERICAN BAKERIES CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–7419. SANDS *v.* CRIST, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.